THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BUD BUDERUS, Appellant.

Submitted November 20, 1950; decided November 22, 1950.

*Bud Buderus,* in person, for motions.

*George B. De Luca, District Attorney (George Tilzer* of counsel), opposed.

Motions for leave to appeal, etc., dismissed, and appeals dismissed on the ground that no appeal lies to this court from any of the orders referred to in the motions and appeals.